UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                  )
                                        )
MICHAEL J. PINSKI,                      )     No. 12-90647
                                        )
          Debtor.                       )

## MOTION FOR TURNOVER ORDER

Now comes Jeffrey D. Richardson, Chapter 7 Trustee, and for his Motion respectfully states as follows:

1. The Debtor filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on April 24, 2012.

2. I serve as the Debtor's bankruptcy Trustee.

3. The Debtor lists several assets in his bankruptcy schedules which he does not claim as exempt. They include:

    (A)   Cash in the sum of $1,500.00;

    (B)   Funds held in his personal checking account;

    (C)   Household goods and furnishings valued at $6,000.00;

    (D)   Stock holdings at Wells Fargo Advisors;

    (E)   A 75% interest in Schuyler Avenue Properties, LLC;

    (F)   A 50% interest in Pinko Bonita Investments, LLC;

    (G)   A 12.5% interest in BRMM Group, LLC;

    (H)   Collectibles which the Debtor grossly undervalues at $500.00;

    (I)   A trailer valued at $200.00;

2

(J)    A pontoon boat valued at $6,000.00; and

(K)    A 1997 Ford F-150.

4.    Each of those assets and records concerning those assets should be administered as part of the bankruptcy estate.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that:

1.    That each of the physical assets, stock or membership certificates identified above be turned over to the undersigned Trustee.

2.    That all records in the Debtor's possession or available to the Debtor with respect to those aforesaid assets, including membership agreements, disbursement records and tax returns be turned over to the undersigned Trustee.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082

CERTIFICATE OF SERVICE

The undersigned certifies that the above document was filed electronically with the Court on April 9, 2013 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U.S. Trustee
Mr. Ronald R. Peterson

/s/ Jeffrey D. Richardson

3

## CERTIFICATE OF SERVICE

    I certify that on April 9, 2013, at 5:00 p.m., I deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

Mr. Michael J. Pinski
17 Marquette Lane
Kankakee, IL 60901

                                     /s/ Jeffrey D. Richardson